IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| HECTOR MANUEL BENITEZ LABOY | CASE NO. 13-03031 ESL |
| | Chapter 13 |
| Debtor(s) | |
| DORAL BANK | |
| Movant | |
| HECTOR MANUEL BENITEZ LABOY | **FILED & ENTERED ON 01/27/2014** |
| ALEJANDRO OLIVERAS RIVERA, TRUSTEE | |
| HECTOR MANUEL BENITEZ LABOY | |
| Respondent(s) | |

<u>ORDER</u>

Upon respondent's failure to oppose the motion for relief of stay filed by DORAL BANK, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1(e), it is now,

ORDERED that the motion for relief of stay filed by DORAL BANK, docket entry #32, be and is hereby granted by default, provided the debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

SO ORDERED.

San Juan, Puerto Rico, this 27 day of January, 2014.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
RODOLFO R HERNANDEZ RAMOS
ALEJANDRO OLIVERAS RIVERA
DORAL BANK