IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| N RE:<br><br>**HECTOR MANUEL BENITEZ LABOY**<br>**XXX-XX-9288**<br><br>DEBTOR(S) | CASE NUMBER: 13-03031 ESL<br><br>CHAPTER 13 |

## MOTION FOR POST-CONFIRMATION MODIFICATION OF THE CHAPTER 13 PAYMENT PLAN

TO THE HONORABLE COURT:

    COMES NOW DEBTOR(S), represented by the undersigned counsel, and very respectfully ALLEGES and PRAYS as follows:

1. Debtor(s) intend to modify the Chapter 13 Plan for the following reason:

   - To specify that Trustee will not make disbursements to creditor PR Acquisitions LLC as secured.

    WHEREFORE, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

    IN SAN JUAN, PUERTO RICO, this 21ST day of May of 2015.

    **TO CREDITORS AND PARTIES IN INTEREST** TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE ATTACHED PLAN ON **MAY 21, 2015.** PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY ONE (21) DAYS TO REJECT A PROPOSED MODIFICATION OF A PLAN AND REQUEST A HEARING. ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

    I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United States Trustee, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

    /s/ RODOLFO R. HERNANDEZ RAMOS
    ATTORNEY FOR DEBTOR(S)
    USDC PR 118012
    P. O. Box 19-3997
    San Juan, Puerto Rico 00919-3997
    Tels. 787-764-3646 Fax 787-764-9398
    rodolfohernandezesq@yahoo.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. 3:13-bk-3031

BENITEZ LABOY, HECTOR MANUEL    Chapter 13
                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 5/21/2015         ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | Amount | x | Months | = $ | Total |
|---|---|---|---|---|---|
| $ | 105.00 | x | 2 | = $ | 210.00 |
| $ | 130.00 | x | 3 | = $ | 390.00 |
| $ | 165.00 | x | 30 | = $ | 4,950.00 |
| $ | 245.00 | x | 4 | = $ | 980.00 |
| $ | 390.00 | x | 21 | = $ | 8,190.00 |

TOTAL: $ 14,720.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ 14,720.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL BANK        Cr. USDA RURAL DEVELOPI  Cr. _____
# XXXXXX7700          # XXXXXX2282             # _____
$ 2,242.34            $ 4,469.58               $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____            Cr. _____               Cr. _____
# _____              # _____                 # _____
$ _____              $ _____                 $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____            Cr. _____               Cr. _____
# _____              # _____                 # _____
$ _____              $ _____                 $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
SEE OTHER PROVISIONS
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
ASUME           JOHNSON CONTROLS     See Attached

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____            Cr. _____               Cr. _____
# _____              # _____                 # _____
$ _____              $ _____                 $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,600.00

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
THE COLLATERAL THAT GUARANTEES THE DEBT WITH PR ACQUISITIONS LLC WAS STOLEN. DEBTOR SURRENDERS ALL RIGHTS AND SHARES IN FAVOR OF PR ACQUISITIONS LLC AND/OR CREDIT PROTECTION CORPORATION.
CHAPTER 13 TRUSTEE WILL NOT MAKE DISBURSEMENTS TO CREDITOR PR ACQUISITIONS LLC AS SECURED.

Signed: /s/ HECTOR MANUEL BENITEZ LABOY
        Debtor

        _____
        Joint Debtor

Attorney for Debtor  Rodolfo R. Hernandez Ramos        Phone: (787) 764-3646

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE BENITEZ LABOY, HECTOR MANUEL                                                  Case No. 3:13-bk-3031
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Debtor Otherwise maintains regular payments directly to:** | DORAL BANK<br>JOHNSON CONTROLS<br>USDA RURAL DEVELOPM | | |

AMENDED CHAPTER 13 PAYMENT PLAN

BENITEZ LABOY, HECTOR MANUEL
PO BOX 686
RIO BLANCO, PR  00744

RELIABLE FINANCIAL SERVICES
P.O. BOX 21382
SAN JUAN, PR  00928-1382

Rodolfo R. Hernandez Ramos
P O BOX 193997
SAN JUAN, PR  00919-3997

USDA RURAL DEVELOPMENT
P.O. BOX 66879
ST. LOUIS, MO  63166

BANK OF AMERICA
PO BOX 53150
PHOENIX, AZ  85072-3150

CACH LLC
4340 MONACO 2ND FLOOR
DENVER, CO  80237

DAIMLER CHRYSLER FINANCIAL SVC
PO BOX 551080
JACKSONVILLE, FL  32255

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE  19886-5019

DORAL BANK
DIVISION DE SERVICIOS HIPOTECARIOS
PO BOX 9024253
SAN JUAN, PR  00902-4253

DTOP
DIRECTORIA DE SERVICIOS AL
CONDUCTOR
BOX 41269
SAN JUAN, PR  00940-1269

FIRST BANK
PO BOX 15019
WILMINGTON, DE  19886-5019

JOHNSON CONTROLS
PO BOX 591
MILWAKEE, WI  53201